IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHELLIE LYNN WEBBER,

        Plaintiff,

    v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

No. 03:13-cv-02088-AC

ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation (#19) on March 16, 2015, in which he recommends that this Court reverse the Commissioner's decision and remand the case for additional proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [19]. Accordingly, the Commissioner's decision is reversed and remanded for additional proceedings.

IT IS SO ORDERED.

DATED this 17 day of April, 2015.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER